O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCO ANTONIO SALAZAR,               )        CASE NO. CV 08-05179 SVW (RZ)
                                     )
              Petitioner,            )
                                     )        ORDER ACCEPTING FINDINGS AND
        vs.                          )        RECOMMENDATIONS OF UNITED
                                     )        STATES MAGISTRATE JUDGE
JAMES E. TILTON, WARDEN,             )
                                     )
              Respondent.            )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

        DATED: February 1, 2010

                                         _____
                                              STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE