**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO SALAZAR,<br><br>              Petitioner,<br><br>   vs.<br><br>JAMES E. TILTON, WARDEN,<br><br>              Respondent. | CASE NO. CV 08-05179 SVW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MARCO ANTONIO SALAZAR, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 1, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE